UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PRESS SHORTER, III | CIVIL ACTION |
| VERSUS | NO. 19-12035 |
| 24TH JUDICIAL DISTRICT COURT, JEFFERSON PARISH, ET AL. | SECTION "R" (2) |

# ORDER

Plaintiff Press Shorter filed this *pro se* civil action pursuant to 42 U.S.C. § 1983.[1] Having reviewed *de novo* the complaint, the record, the applicable law, and the Magistrate Judge's unopposed Report and Recommendation,[2] the Court hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

For the reasons explained by the Magistrate Judge, plaintiff's complaint is frivolous and fails to state a claim upon which relief may be granted. Accordingly, plaintiff's complaint is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2), 28 U.S.C. § 1915A(b), and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this __30th__ day of December, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 1.
[2] R. Doc. 6.